## Commonwealth *v.* Montgomery, Appellant.

Submitted September 30, 1968. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and ROBERTS, JJ.

*Michael J. Wherry,* Public Defender, for appellant.

*Robert F. Banks,* Assistant District Attorney, and *Edward M. Bell,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, January 15, 1969:
Order affirmed.

Mr. Justice MUSMANNO did not participate in the decision of this case.